UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KAREN LYNNE BONIFAS,<br><br>             Plaintiff,<br><br>   v.<br><br>NANCY A BERRYHILL, Acting Commissioner of Social Security,<br><br>             Defendant. | CASE NO. 2:17-CV-00395-DWC<br><br>ORDER ON UNOPPOSED MOTION FOR EQUAL ACCESS TO JUSTICE ACT FEES |

      This Court has jurisdiction pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and Local Magistrate Judge Rule MJR 13. *See also* Consent to Proceed before a United States Magistrate Judge, Dkt. 7. This matter is before the Court on "Plaintiff's Motion for Attorney Fees and Costs Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d)." Dkt. 19. Defendant does not oppose Plaintiff's motion. Dkt. 21.

      Based on the Equal Access to Justice Act, 28 U.S.C. § 2412, ("EAJA"), Plaintiff's motion (Dkt. 19), and the relevant record, the Court orders EAJA attorney's fees of $5,721.00 ("EAJA Award") be awarded to Plaintiff. *Astrue v. Ratliff*, 560 U.S. 586, 591–97 (2010).

| | |
|---|---|
| 1 | The Acting Commissioner shall contact the Department of Treasury after this Order is |
| 2 | entered to determine if the EAJA Award is subject to any offset. If the U.S. Department of the |
| 3 | Treasury verifies to the Office of General Counsel that Plaintiff does not owe a debt, the |
| 4 | government will honor Plaintiff's assignment of EAJA Award and pay the EAJA Award directly |
| 5 | to Christopher Lyons, Plaintiff's counsel. If there is an offset, any remainder shall be made |
| 6 | payable to Plaintiff, based on the Department of the Treasury's Offset Program and standard |
| 7 | practices, and the check shall be mailed to Plaintiff's counsel, Christopher Lyons, Truitt & |
| 8 | Lyons, P.O. Box 1645, Coupeville, WA 98239. |
| 9 | Dated this 18th day of January, 2018. |

David W. Christel
United States Magistrate Judge